MARY A. LOWN, Appellant, v. STANDARD GAS LIGHT COMPANY OF NEW YORK CITY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

NORRIS W. BROWN, Appellant, v. THE ACTORS' FUND OF AMERICA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

NEW YORK RAILWAYS COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS BERNSTEIN, Respondent, v. MENDEL GREENWALD and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the amount of the verdict to $5,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FRANCIS R. O'REILLY, an Infant, by THOMAS O'REILLY, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

---

## SECOND DEPARTMENT, DECEMBER, 1919.

GEORGE MILNE and PETER H. CRAM, Appellants, v. JAMES H. CRUIKSHANK and WILLIAM D. KILPATRICK, Respondents.

*New trial — where verdict not sustained by preponderance of evidence.*

Appeal from an order of the Supreme Court entered in the Kings county clerk's office May 20, 1919.

Order unanimously affirmed, with costs, upon the opinion of Mr. Justice Clark at Trial Term. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

The following is the opinion of the court below:

CLARK, J.: The verdict is set aside and a new trial is granted. The verdict necessarily involved a finding by the jury that the defendants, with full knowledge of the language of the covenant against nuisances contained in the deed of the Mt. Vernon lots, waived such covenant and were willing to exchange their Manhattan property for the Mt. Vernon property. Such knowledge and waiver were not established by a fair preponderance of evidence, and the finding of the jury was in that respect against the weight of evidence.

---

In the Matter of the Application of ERNEST ROSS for Admission to the Bar. (State of Missouri.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of W. BROWN MORTON for Admission to